UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-cv-42

| | |
|---|---|
| ANGELA CROWDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM FRANK HUGHES, in his individual and official capacities, JOSEPH BINNS, in his official capacity as Chief of Police for the Town of Garner, North Carolina, RODNEY DICKERSON, in his official capacity as Town Manager for the Town of Garner, North Carolina, and THE TOWN OF GARNER, NORTH CAROLINA, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that the defendants designated in the Complaint as William Frank Hughes, Joseph Binns, Rodney Dickerson and the Town of Garner, North Carolina Dylan ("Defendants"), through counsel, respectfully remove the above-entitled action from the Superior Court Division of Wake County, North Carolina, to the United States District Court for the Eastern District of North Carolina (Western Division), pursuant to 28 U.S.C. § 1331, § 1441(a) and § 1446(b)(2) based upon federal question jurisdiction.

In support of this Notice of Removal, the Defendants state as follows:

1. This action is being removed by Defendants to Federal Court based on federal question jurisdiction in that this action arises under the Constitution and laws of the United States.

2. On or about December 29, 2020, Plaintiff filed a civil action in the Superior Court Division of Wake County, North Carolina, entitled: "*Angela Crowder v. William Frank Hughes, in his individual and official capacities, Joseph Binns, in his official capacity as Chief of Police for the Town of Garner, North Carolina, Rodney Dickerson, in his official capacity as Town Manager for the Town of Garner, North Carolina, and the Town of Garner, North Carolina,* Court File No. 20 CVS 14466. A copy of the Complaint and Summonses are attached as Exhibit A.

3. Defendants Town of Garner, North Carolina, Rodney Dickerson, Town Manager, and Joseph Binns, Chief of Police, were all served with the Complaint on January 5, 2021. Defendant William Frank Hughes was served with the Complaint on January 15, 2021.

4. All of the defendants named in this action are being represented for purposes of this action by the undersigned counsel. All defendants consent to and join in the removal of this action to federal court.

5. In the Complaint filed by Plaintiff in Wake County, Plaintiff seeks money damages arising out of an incident that occurred on March 26, 2018, wherein an altercation in the roadway between Plaintiff, other unnamed individuals, and Defendant Hughes, an officer with the Garner Police Department, resulted in Plaintiff subsequently being charged and arrested. In the Complaint, Plaintiff

asserts that Defendant Hughes violated her federal constitutional rights and asserts claims against Defendant Hughes pursuant to 42 U.S.C. § 1983. Plaintiff's First Claim for Relief is entitled "42 U.S.C. § 1983—U.S. Const. amend. IV & XIV—Arrest Without Probable Cause—Defendant Hughes" Plaintiff's Second Claim for Relief is entitled "42 U.S.C. § 1983—U.S. Const. amend. IV & XIV—Excessive Force—Defendant Hughes." Plaintiff also asserts that Defendants Town of Garner, Binns and Dickerson violated her federal constitutional rights and asserts claims against them pursuant to 42 U.S.C. § 1983. Plaintiff's Seventh Claim for Relief is entitled "42 U.S.C. § 1983 *Ratification* Claim—U.S. Const. amend. IV & XIV—Arrest Without Probable Cause & Excessive Force—Defendant Town, Defendant Binns and Defendant Dickerson." Plaintiff's Eighth Claim for Relief is entitled "42 U.S.C. § 1983 *Monell* Claim- Unconstitutional Policies and Practices—Defendant Town, Defendant Binns and Defendant Dickerson." (See Exhibit A.)

6. In addition to the above noted federal claims, Plaintiff also asserts the following North Carolina common law claims: negligence/gross negligence, assault and battery, and false imprisonment. (See Exhibit A.)

7. In that the above-entitled action involves claims arising under the Constitution of the United States and federal civil rights laws including 42 U.S.C. § 1983, this case involves federal questions. Federal jurisdiction is therefore founded upon 28 U.S.C. § 1331 and § 1441(a).

8. The United States District Court would be acting within its discretion by exercising supplemental jurisdiction over the above noted state claims asserted in the Complaint pursuant to 28 U.S.C. § 1367(a).

9. Based on federal question jurisdiction, the aforesaid state action may be removed by defendants to federal court pursuant to 28 U.S.C. § 1441(a).

10. Defendants hereby file this Notice of Removal of this action from the aforesaid Superior Court Division in which it is now pending (Wake County) to the United States District Court for the Eastern District of North Carolina (Western Division).

11. A copy of this Notice of Removal has been served and submitted for filing in the Office of the Clerk of Superior Court of Wake, North Carolina, as shown by the Notice attached as Exhibit B.

WHEREFORE, Defendants, with consent of all Defendants, remove this from the Superior Court Division of Wake County, North Carolina, to the United States District Court for the Eastern District of North Carolina (Western Division).

This the 28th day of January, 2021.

                                CRANFILL SUMNER LLP

                                BY:   /s/ James C. Thornton
                                         JAMES C. THORNTON
                                         N.C. State Bar No. 16859
                                         E-mail:  jthornton@cshlaw.com
                                         Post Office Box 27808
                                         Raleigh, North Carolina 27611-7808
                                         Telephone (919) 828-5100
                                         *Attorneys for Defendants Town of Garner, Binns and Dickerson*

SUMRELL SUGG, P.A.

BY: SCOTT C. HART
    N.C. State Bar No. 19060
    E-mail: shart@nclawyers.com
    416 Pollock Street
    New Bern, NC 28563
    Phone: 252-633-3131
    *Attorneys for Defendant Hughes*

# CERTIFICATE OF SERVICE

I hereby certify that on January 28 2021, I electronically filed the foregoing *Notice of Removal* with the Clerk of Court using the CM/ECF system, and will forward by electronic mail and also deposit the foregoing documents in the US Mail addressed to the following counsel:

> J. Brad Polk
> E-mail: bpolk@tarltonpolk.com
> Raymond C. Tarlton
> E-mail: rtarlton@tarltonpolk.com
> Tarlton Polk PLLC
> P.O. Box 1386
> Raleigh, NC 27602
> *Attorney for Plaintiff*

Respectfully submitted by:

> BY: /s/ James C. Thornton
> JAMES C. THORNTON
> N.C. State Bar No. 16859
> E-mail: jthornton@cshlaw.com
> Cranfill Sumner LLP
> Post Office Box 27808
> Raleigh, North Carolina 27611-7808
> Telephone (919) 828-5100
> *Attorneys for Defendants Town of Garner, Binns and Dickerson*