UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANGELA CROWDER,<br>    Plaintiff,<br><br>vs.<br><br>WILLIAM FRANK HUGHES, in his individual and official capacities, JOSEPH BINNS, in his official capacity as Chief of Police for the Town of Garner, North Carolina, RODNEY DICKERSON, in his official capacity as Town Manager for the Town of Garner, North Carolina, and TOWN OF GARNER, NORTH CAROLINA,<br>    Defendants. | **JUDGMENT**<br>**CASE NO. 5:21-CV-42-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's Order entered on April 17, 2023 [DE 59], the Motion for Summary Judgment filed by Defendant Hughes [DE 36] and the Motion for Summary Judgment filed by Defendants Binns, Dickerson, and Town of Garner [DE 41] are GRANTED and the Plaintiff's claims are dismissed with prejudice.

This Judgment filed and entered on April 17, 2023, and copies to:
Counsel of record for the parties (via CM/ECF Electronic Notification)

April 17, 2023

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk